# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANGEL EVARISTO RAMIREZ,

_____
*Plaintiff*

v.

SPOKANE COUNTY JAIL and SPOKANE COUNTY
DISTRICT COURT,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:16-CV-404-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge      Stanley A. Bastian _____

Date:   May 3, 2017 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____